## Case No. 4,716.

In re FEINBERG et al.

[3 Ben. 162;[1] 2 N. B. R. 425 (Quarto, 137); 1 Chi. Leg. News, 210.]

District Court, S. D. New York. March 9, 1869.

[1] [Reported by Robert D. Benedict, Esq., and here reprinted by permission.]

G. W. Wingate, for creditors.
P. J. Joachimssen, for bankrupts.
S. Stern, for witness.

BLATCHFORD, District Judge. The register was correct in both of his decisions.